| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | REBECCA A. HULL  Bar No. 99802 |
| 2 | rebecca.hull@sdma.com |
| | MICHELLE Y. MCISAAC Bar No. 215294 |
| 3 | michelle.mcisaac@sdma.com |
| | One Market Plaza |
| 4 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 5 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |

Attorneys for Defendant AccentCare Long Term Disability Plan and Real Party in Interest Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Salima Abdullah, | CASE NO. C09-cv-02909 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO COMPLETE ADR** |
| v. | |
| AccentCare Long Term Disability Plan, | |
| Defendant. | |
| Metropolitan Life Insurance Company, | |
| Real Party in Interest. | |

Defendant AccentCare Long Term Disability Plan and Real Party in Interest Metropolitan Life Insurance Company, and plaintiff Salima Abdullah, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On October 7, 2009, this Court ordered that ADR be completed no later than January 5, 2010.

2. The parties and mediator have conferred and have concluded that the first mutually available date for mediation is January 21, 2010;

WHEREFORE, the parties, by and through their respective counsel stipulate, and request that the Court order, as follows:

STIPULATION

1. The parties agree to participate in mediation on January 21, 2010.

IT IS SO STIPULATED.

DATED: December 21, 2009    LAW OFFICES OF LAURENCE F. PADWAY

By:   */s/ Laurence Padway*_____
      Laurence F. Padway
      Attorneys for Plaintiff Salima Abdullah

DATED: December 21, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   */s/ Michelle McIsaac*_____
      Rebecca A. Hull
      Michelle Y. McIsaac
      Attorneys for Defendant AccentCare Long Term
      Disability Plan and Real Party in Interest
      Metropolitan Life Insurance Company

ORDER

Upon the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

DATED: December 22, 2009    _____
                             UNITED STATES DISTRICT COURT JUDGE