IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCENTCARE LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br>_____/<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Real Party in Interest.<br>_____/ | No. C 09-2909 MMC<br><br>**ORDER RE: JUNE 4, 2010 HEARING** |

　　　Before the Court are the parties' cross-motions for judgment, noticed for hearing on June 4, 2010; the motions have been fully briefed in accordance with the Court's scheduling order issued October 9, 2009. Also before the Court is plaintiff's administrative motion, filed May 24, 2010, by which plaintiff seeks leave to file additional briefing on the subject of the standard of review; defendant has filed opposition thereto.

　　　Prior to addressing the merits of the parties' cross-motions for judgment, the Court finds it appropriate to resolve the issue of the applicable standard of review and to address the manner in which plaintiff has raised and seeks to brief such issue.

Accordingly, the parties shall appear on June 4, 2010 for the limited purpose of addressing the above-referenced matters relevant to the standard of review.

**IT IS SO ORDERED.**

Dated: June 1, 2010

MAXINE M. CHESNEY
United States District Judge