**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA ABDULLAH,<br><br>   Plaintiff,<br><br>   v.<br><br>ACCENTCARE LONG TERM DISABILITY PLAN,<br><br>   Defendant.<br>_____/<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Real Party in Interest.<br>_____/ | No. C 09-2909 MMC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE ADDITIONAL BRIEF** |

Plaintiff Salima Abdullah's Administrative Motion, filed May 24, 2010, by which plaintiff seeks leave to file an additional reply brief, came before the Court for hearing on today's date. Laurence F. Padway appeared on behalf of plaintiff; Rebecca A. Hull of Sedgwick, Detert, Moran & Arnold LLP appeared on behalf of defendant Accentcare Long Term Disability Plan and real party in interest Metropolitan Life Insurance Company.

For the reasons set forth on the record at the hearing, the motion is GRANTED in part as follows.

Defendant's memorandum regarding the standard of review shall be filed on or before July 2, 2010; plaintiff's opposition or other response thereto shall be filed on or before July 23, 2010; defendant's reply shall be filed on or before August 6, 2010.

The hearing on the issue of the standard of review will be conducted on August 27, 2010.

**IT IS SO ORDERED.**

Dated: June 4, 2010

_____
MAXINE M. CHESNEY
United States District Judge

2