**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA ABDULLAH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACCENTCARE LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant.<br>_____<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Real Party In Interest<br>_____/ | No. C 09-2909 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND PLAINTIFF'S ADMINISTRATIVE MOTION REQUESTING ORDER SHORTENING TIME** |

　　　Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Compel Discovery, filed July 12, 2010, plaintiff's Ex Parte Administrative Motion Requesting Order Shortening Time and Advancing Hearing on Motion, filed July 13, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

//

1  The August 20, 2010 hearing before the Honorable Maxine M. Chesney is
2  VACATED.
3  **IT IS SO ORDERED**.

Dated:  July 14, 2010

/s/ Vaughn R Walker

VAUGHN R WALKER for
MAXINE M. CHESNEY
United States District Judge