IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCENTCARE LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br>_____/<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Real Party in Interest.<br>_____/ | No. C 09-2909 MMC<br><br>**ORDER DETERMINING APPLICABLE STANDARD OF REVIEW** |

On August 27, 2010, the Court conducted a hearing with respect to the applicable standard of review. Laurence F. Padway appeared on behalf of plaintiff. Rebecca A. Hull of Sedgwick, Detert, Moran & Arnold LLP appeared on behalf of defendants. The Court, having considered the parties' briefing on the issue and the argument of counsel, and for the reasons stated on the record at the hearing, will review the subject denial of benefits for abuse of discretion.

**IT IS SO ORDERED.**

Dated: August 27, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Maxine M. Chesney*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge