IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCENTCARE LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br>　_____/<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Real Party in Interest.<br>　_____/ | No. C 09-2909 MMC<br><br>**ORDER REGARDING REQUEST FOR STATUS CONFERENCE** |

　　　Before the Court is a letter, filed January 12, 2012, by which plaintiff's counsel requests a status conference be set in the above-titled case.  As counsel correctly notes, the Court has taken under submission the parties' motions for judgment.  Said motions remain under submission, and, at present, a status conference is not necessary.

　　　Accordingly, the request is hereby denied.

　　　**IT IS SO ORDERED.**

Dated: January 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge