1  Laurence F. Padway, #89314
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:    (510)814-0680
   Facsimile :   (510)814-0650
4
   Attorneys for Plaintiff Salima Abdullah
5
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
6  REBECCA A. HULL  Bar No. 99802
   ERIN A. CORNELL  Bar No. 227135
7  rebecca.hull@sedgwicklaw.com
   erin.cornell@sedgwicklaw.com
8  333 Bush Street, 30th Floor
   San Francisco, California 94104
9  Telephone:    (415) 781-7900
   Facsimile:    (415) 781-2635
10
   Attorneys for Defendant AccentCare Long Term Disability Plan and
11 Real Party in Interest Metropolitan Life Insurance Company

12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| SALIMA ABDULLAH | CASE NO. C 09-02909 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR FILING JOINT STATEMENT |
| v. | |
| ACCENTCARE LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Real Party in Interest. | |

Plaintiff Salima Abdullah ("plaintiff"), defendant AccentCare Long Term Disability Plan ("Plan") and Real Party in Interest Metropolitan Life Insurance Company ("MetLife") (collectively "defendants"), through their respective attorneys of record herein, hereby stipulate

SF/3188564v1

and agree, and respectfully request that the Court order, that the date for the parties to file their joint statement shall be extended one week from November 2, 2012 to November 9, 2012.

On September 19, 2012, the Court issued its Order Granting Plaintiff's Motion for Judgment and Denying Defendant's Cross-Motion for Judgment. (ECF No. 63, hereinafter "Order".) The Order directed the parties to jointly submit a proposed judgment; or in the alternative, if the parties could not come to an agreement regarding the amount or form of judgment, to submit a joint statement setting forth their respective positions. (ECF No. 63, 23:27-22:3.) The parties were ordered to submit a proposed judgment or joint statement no later than November 2, 2012. (*Id.*)

The parties have come to an agreement on some issues but outstanding issues remain to which the parties do not agree. The parties have been working together to prepare a joint statement for filing on November 2, 2012. However, defendants' client representative is located in New York City, and due to Superstorm Sandy earlier this week, communications with their client representative have been difficult. Defendants' client representative has not been able to complete the review and approval process with regard to the joint statement. Due to these very unusual circumstances, the parties agree that good cause exists for the one-week extension for them to file the joint statement.

SO STIPULATED AND AGREED, AND RESPECTFULLY REQUESTED:

DATED: November 2, 2012        LAW OFFICES OF LAURENCE F. PADWAY

By:/s/ *Laurence F. Padway (as authorized 11/2/12)*
Laurence F. Padway
Attorney for Plaintiff Salima Abdullah

DATED: November 2, 2012        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:/s/ *Erin A. Cornell*
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendant AccentCare Long Term
Disability Plan and Real Party in Interest
Metropolitan Life Insurance Company

**ORDER**

Having considered the parties' Stipulation, and good cause appearing, it is hereby ORDERED that the last day for the parties to file their joint statement is continued one week to November 9, 2012.

IT IS SO ORDERED.

DATED:   November 1, 2012



_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF/3188564v1

3