Laurence F. Padway Bar No. 83914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Salima Abdullah


SEDGWICK  LLP
REBECCA A. HULL Bar No. 99802
ERIN A. CORNELL Bar No. 227135
rebecca.hull@sedgwicklaw.com
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant AccentCare Long Term Disability Plan and
Real Party in Interest Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIMA ABDULLAH<br><br>         Plaintiff,<br>   vs.<br>ACENTCARE LONG TERM DISABILITY PLAN,<br><br>         Defendant.<br>_____/<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>         Real Party In Interest<br>_____/ | No. C09-02909 MMC<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL |

  Plaintiff Salima Abdullah ("plaintiff), defendant AcentCare Long Term Disability Plan and, and real party in interest Metropolitan Life Insurance Company (jointly "defendants"), by and

Stipulation and [Proposed] Order re Dismissal    1    C 09-cv-02909 MMC

through their respective counsel of record, hereby stipulate that this action should be dismissed with prejudice.

November 19, 2012            /s/ Laurence F. Padway
                             Laurence F. Padway
                             Attorney for Salima Abdullah

November 19, 2012            SEDGWICK, LLP

                             /s/ Erin A. Cornell
                             Erin A. Cornell
                             Attorneys for Defendant AccentCare Long Term
                             Disability Plan and Real Party in Interest
                             Metropolitan Life Insurance Company

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants and real parties in interest.

IT IS SO ORDERED.

Date: November 20, 2012     By:  *[signature]*
                                 HONORABLE MAXINE M. CHESNEY
                                 United States District Judge