1  Laurence F. Padway Bar No. 83914
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for plaintiff
5  Salima Abdullah

6

7  SEDGWICK  LLP
   REBECCA A. HULL Bar No. 99802
   ERIN A. CORNELL Bar No. 227135
8  rebecca.hull@sedgwicklaw.com
   erin.cornell@sedgwicklaw.com
9  333 Bush Street, 30th Floor
   San Francisco, California 94104
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11
   Attorneys for Defendant AccentCare Long Term Disability Plan and
12 Real Party in Interest Metropolitan Life Insurance Company

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 SALIMA ABDULLAH                              No. C09-02909 MMC

18                                              STIPULATION AND [PROPOSED]
           Plaintiff,                           ORDER RE DISMISSAL
19    vs.
   ACENTCARE LONG TERM
20 DISABILITY PLAN,

21         Defendant.
   _____/
22
   METROPOLITAN LIFE
23 INSURANCE COMPANY,

24         Real Party In Interest

25 _____/

26

27         Plaintiff Salima Abdullah ("plaintiff), defendant AcentCare Long Term Disability Plan and,

28 and real party in interest Metropolitan Life Insurance Company (jointly "defendants"), by and

Stipulation and [Proposed] Order re Dismissal          1                    C 09-cv-02909 MMC

through their respective counsel of record, hereby stipulate that this action should be dismissed with prejudice.

November 19, 2012   /s/ Laurence F. Padway
Laurence F. Padway
Attorney for Salima Abdullah

November 19, 2012   SEDGWICK, LLP

/s/ Erin A. Cornell
Erin A. Cornell
Attorneys for Defendant AccentCare Long Term Disability Plan and Real Party in Interest Metropolitan Life Insurance Company

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants and real parties in interest.

IT IS SO ORDERED.

Date: November 20, 2012   By: _____
HONORABLE MAXINE M. CHESNEY
United States District Judge